## PASCHAL *vs.* THE STATE OF GEORGIA.

Where an indictment charged the commission of an assault with intent to commit murder by using a weapon likely to produce death, the proof must show that such was the character of the weapon. This may be done by producing the instrument itself, or showing the effect of it, or other satisfactory evidence, but must be done in some way.   Code, §4359 ; 57 *Ga.*, 107 ; 59 *Ib.*, 638 ; 32 *Ib.*, 672 ; 50 *Ib.*, 591.

JACKSON, Chief Justice.

[Allen Paschal was indicted for assault with intent to murder, " with a certain stick, loaded at the end with lead, said stick being a weapon likely to produce death." On the trial, the only evidence as to the nature of the weapon used by defendant was as follows : One witness testified

that he had seen defendant some three years ago with a stick which was loaded with lead.    Another testified, that in the act of striking, "the head of the stick shined like a silver dollar," the alleged assault having been committed on a "star-light night."    A witness for the defence testified that the defendant was accustomed to walking with an ordinary hickory stick, weighing not more than a pound.    Defendant admitted the fact of striking with a stick, but pleaded not guilty to the offence as charged in the indictment.

Counsel for the defence requested the court to charge the jury that "where the indictment charges the defendant with the offence of assault with intent to murder by using a stick, an instrument likely to produce death, then it is incumbent on the state to prove the allegations."    The request was refused; defendant was found guilty, and excepted.]